PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

DIRECT DIAL: (212) 373-3766
EMAIL: JLERER@PAULWEISS.COM

BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

June 18, 2025

*Via ECF*

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re:  *Suquilanda* v. *Bondi*, Case No. 24-1892 (2d Cir.)

Dear Ms. O'Hagan Wolfe,

      I write to respectfully update the Court on the above-captioned matter.  On July 23, 2024, the Court so-ordered a stipulation that the parties filed withdrawing this appeal pursuant to Local Rule 42.1.  *See* ECF 17.1.  I write to inform the Court that Mr. Suquilanda does not intend to seek reinstatement of his petition for review.  Accordingly, we request the Court close the docket for this appeal.

      Thank you for your consideration of this matter.

Sincerely,

/s/ *Justin D. Lerer*

Justin D. Lerer