**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand twenty-five.

_____

| | |
|---|---|
| Manuel Antonio Suquilanda, AKA Edwin Suquilanda, AKA Tony Shoro, AKA Antonio Suquilanda, AKA Antonio Quinde, AKA Alexander Shoro, | **ORDER** <br><br> Docket No. 24-1892 |
| Petitioner, | |
| v. | |
| Pamela Bondi, United States Attorney General, | |
| Respondent. | |

_____

On July 23, 2024, the Court so-ordered a stipulation that the parties filed withdrawing this appeal pursuant to Local Rule 42.1. By letter dated June 18, 2025, the Petitioner informs the Court that he does not intend to seek reinstatement of his petition for review and requests that the Court close the docket.

IT IS HEREBY ORDERED that the request to close the case is GRANTED. The mandate shall issue forthwith.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/23/2025